■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX ARRINGTON, Appellant. [787 NYS2d 877]—

Judgment, Supreme Court, New York County (James A. Yates, J.), entered November 6, 2002, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

During jury selection, after conducting a suitable inquiry into a sworn juror's availability, the court properly exercised its discretion in discharging the juror on the ground that he was unavailable or unable to continue to serve due to illness (*see* CPL 270.15 [3]; *People v Page*, 72 NY2d 69 [1988]). The duration of the juror's expected absence was uncertain (*see People v Graves*, 243 AD2d 275 [1997], *lv denied* 91 NY2d 834 [1997]) and the court properly took into account the inconvenience that an indefinite delay would cause to jurors and witnesses (*see People v Robustelli*, 189 AD2d 668 [1993], *lv denied* 81 NY2d 975 [1993]). We also note that the court granted defendant an additional peremptory challenge.

We perceive no basis for reducing the sentence. Concur— Friedman, J.P., Marlow, Nardelli, Sweeny and Catterson, JJ.